OPINION — AG — **** WAGES RATES -COUNTY -MUNICIPALITY — UNIFORMITY **** BY 40 O.S. 1968 Supp., 196.1-196.12 [40-196.1] — [40-196.12], THE COMMISSIONER OF LABOR CAN MAKE DETERMINATIONS OF THE PREVAILING WAGE RATE FOR A LOCALITY, BUT HE IS WITHOUT THE AUTHORITY TO MAKE A WAGE RATE DETERMINATION APPLICABLE ONLY WITHIN A MUNICIPALITY WHICH DIFFERS FROM THE RATE APPLICABLE FOR THE BALANCE OF THE COUNTY. CITE: 40 O.S. 1967 Supp., 196.1 [40-196.1], 40 O.S. 1967 Supp. 196.6 [40-196.6], 40 O.S. 1967 Supp., 196.2 [40-196.2] 40 O.S. 1967 Supp., 196.1-196.12 [40-196.1] — [40-196.12], PENN LERBLANCE